UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **C-Ville Fabricating, Inc, d/b/a Tarter Industries**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**Joshua Donald Tarter**, *et al.*,<br><br>    Defendants. | Civil No. 5:18-379-KKC<br><br><br>**JUDGMENT** |

\*\* \*\* \*\* \*\* \*\*

In accordance with the opinion and order entered contemporaneously with this judgment and the Court's previous opinions [DE 31; DE 65], it is hereby **ORDERED** and **ADJUDGED** that:

(1) Defendants Joshua Donald Tarter and Thomas Lewis Gregory's motion for summary judgment [DE 93] is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** the motion to the extent that it asks the Court to hold that Plaintiff C'Ville Fabricating, Inc. *d/b/a* Tarter Industries does not have standing to assert its claims. The Court also **GRANTS** the motion to the extent that it asks the Court to hold that Plaintiffs Anna Lou Tarter Smith, Luann Coffey, and Douglas Tarter do not have derivative standing. The motion is otherwise **DENIED AS MOOT**;

(2) The claims brought by Plaintiff C'Ville Fabricating, Inc. *d/b/a* Tarter Industries are **DISMISSED WITHOUT PREJUDICE**;

(3) The claims brought by Plaintiffs Anna Lou Tarter Smith, LuAnn Coffey, and Douglas Tarter in their derivative capacity are **DISMISSED WITHOUT PREJUDICE**;

(4) Defendants Joshua tarter and Thomas Gregory's Rule 12(b)(1) motions to dismiss the claims brought in the Plaintiffs' individual capacities are **GRANTED**. As such, the claims brought by Plaintiffs Anna Lou Tarter Smith, Douglas Tarter, and LuAnn Coffey in their individual capacities are **DISMISSED WITHOUT PREJUDICE**;

(5) Defendants Joshua Tarter and Thomas Gregory's Rule 12(b)(6) motions to dismiss are **GRANTED** as to Counts IV, V, VII, and XV. These claims are **DISMISSED WITH PREJUDICE**;

(6) Defendant Joshua Tarter's counterclaims are **DISMISSED**;

(7) Pending motions in this case are deemed **MOOT**;

(8) All pending deadlines are considered **SET ASIDE**;

(9) This judgment is **FINAL** and **APPEALABLE**; and

(10) This matter is **STRICKEN** from the Court's active docket.

Dated March 25, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY