UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:18-cv-00379-KKC

C-VILLE FABRICATING, INC., d/b/a
TARTER INDUSTRIES, *et al.*,   PLAINTIFFS,

v.   **JUDGMENT**

JOSHUA DONALD TARTER, *et al.*,   DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendants' Motion to Alter or Amend the Court's February 22, 2023 Opinion (DE 113) is **GRANTED**.

2) The Court's March 25, 2022 Order (DE 106) is **REINSTATED**.

3) The claims brought by Plaintiff C'Ville Fabricating, Inc. *d/b/a* Tarter Industries are **DISMISSED WITHOUT PREJUDICE**.

4) This judgment is **FINAL** and **APPEALABLE** pursuant to 12 U.S.C. § 1292.

5) This matter is **STRICKEN** from the Court's active docket.

This 20th day of March, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY