## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

### CIVIL ACTION NO. 5:18-379-KKC

**C-VILLE FABRICATING, INC.**
**d/b/a TARTER INDUSTRIES, et al.**                                  **PLAINTIFFS**

vs.                          **NOTICE OF APPEAL**

**JOSHUA DONALD TARTER, et al.**                                  **DEFENDANTS**

\* \* \* \* \* \*

Notice is given that C-Ville Fabricating, Inc. d/b/a Tarter Industries, et al. hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered on March 20, 2024.

    Respectfully submitted,

    */s/Andrew L. Sparks*
    Andrew L. Sparks
    Dickinson Wright PLLC
    300 W. Vine Street, Ste. 1700
    Lexington, Kentucky 40507
    Tel:    (859) 899-8700
    Fax:    (859) 899-8759
    Email:  asparks@dickinsonwright.com
    COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all counsel of record.

                                                   */s/ Andrew L. Sparks*
                                                   COUNSEL FOR PLAINTIFFS

4893-9347-8323 v1 [75292-1]